3/18/19 *auf*

UNSEALED PER ORDER OF COURT

~~SEALED~~

FILED

18 DEC 14 PM 5:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *VRC* DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDDY MEDRANO (1),<br>　aka "Lico,"<br>JILL STEFFAN (2),<br><br>　　　　　Defendants. | Case No. **18 CR 5392 WQH**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about March 27, 2018, within the Southern District of California, defendant FREDDY MEDRANO, aka "Lico," did knowingly and intentionally possess with intent to distribute, 5 grams and more, to wit: approximately 30.98 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 2

On or about March 27, 2018, within the Southern District of California, defendant JILL STEFFAN did knowingly and intentionally possess with intent to distribute, 5 grams and more, to wit: approximately 7.7 grams of methamphetamine (actual), a Schedule II

JSGA:nlv(1):San Diego:12/13/18

*cc: Pretrial*

*1 RMC*

Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about May 10, 2018, within the Southern District of California, defendant FREDDY MEDRANO, aka "Lico," did knowingly and intentionally possess with intent to distribute, 5 grams and more, to wit: approximately 6.49 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants FREDDY MEDRANO, aka "Lico," and JILL STEFFAN shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

//
//
//

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: December 14, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
JANAKI S. GANDHI
Assistant U.S. Attorney

3