UNSEALED PER ORDER OF COURT
3/18/19
~~SEALED~~ alf

FILED
18 DEC 14 PM 5:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ UPC _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDDY MEDRANO, ET AL.,<br>　aka "Lico,"<br><br>　　　　Defendants. | Case No. **18 CR 5392 WQH**<br><br>NOTICE OF RELATED CASE<br><br>~~SEALED~~ |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Abigail Soto Ramirez, et al.</u>, Case No. 18CR3939-WQH, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

　　\_\_\_\_\_ (a) A common wiretap

　　\_\_\_\_\_ (b) A common search warrant

　　__X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: December 14, 2018.

_____
ADAM L. BRAVERMAN
United States Attorney

cc: Pretrial

2 RMC